FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  AM 7: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK JEROME TUNSON

VERSUS

SHERIFF HARRY LEE, ET AL.

CIVIL ACTION

NO. 06-3762

SECTION "F" (1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections filed by plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 20TH day of October, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee___
_X_ Process___
___ Dktd___
___ CtRmDep___
___ Doc. No___